UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT A. DADDARIO,<br>　　　Plaintiff | :<br>:<br>: |
| V. | :　CIVIL ACTION NO:<br>:　3:13-CV-01421-VLB<br>: |
| MIDLAND CREDIT MANAGEMENT, INC.,<br>　　　Defendant | :<br>:<br>:　December 16, 2014<br>: |

### STIPULATION OF DISMISSAL

NOW COME the parties in the above-entitled action, by their attorneys, and hereby stipulate that the action be dismissed with prejudice and without costs.

　　　　　　　　　　　　　　THE PLAINTIFF,
　　　　　　　　　　　　　　ROBERT A. DADDARIO,

　　　　　　　　　　　　　　/s/ Michael T. Kogut
　　　　　　　　　　　　　　Michael T. Kogut (ct27712)
　　　　　　　　　　　　　　75 Market Place
　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　Ph. 413-348-2167
　　　　　　　　　　　　　　Fax 413-739-7168
　　　　　　　　　　　　　　mkogut@kogutlaw.com

　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　MIDLAND CREDIT MANAGEMENT, INC.,

　　　　　　　　　　　　　　/s/ Nicole R. Fernandes
　　　　　　　　　　　　　　Stephen P. Brown (ct 29214)
　　　　　　　　　　　　　　Nicole R. Fernandes (ct29311)
　　　　　　　　　　　　　　Thomas A. Leghorn (ct22106)
　　　　　　　　　　　　　　Wilson Elser Moskowitz Edelman & Dicker, LLP
　　　　　　　　　　　　　　1010 Washington Boulevard
　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　Ph. 203-388-9100
　　　　　　　　　　　　　　Fax 203-388-9101

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system, will be electronically sent to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent by first class mail to any identified non-registered participants on this 16th day of December, 2014.

/s/*Michael T. Kogut*
Michael T. Kogut